BRYAN R. DORR, Respondent, v. HARVEY A. WILLIS, Appellant.

*Contract — stockbrokers — action to recover for alleged failure of stock-broker to buy and sell stocks as directed.*

Dorr v. Willis, 206 App. Div. 662, affirmed.

(Argued October 15, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover damages for the alleged failure of defendant, a stockbroker, to execute two orders of plaintiff, given on January 23, 1920, to buy 100 shares of Crucible Steel at 206¾ or less and to sell short 100 shares of General Motors at 298 or more. Plaintiff alleged that the orders actually executed by defendant were a short sale of 100 shares of Crucible Steel and a purchase of 100 shares of General Motors, or just the reverse of plaintiff's instructions.

*Arleigh Pelham* for appellant.

*Aaron H. Marx* and *Walter E. Godfrey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

CHRISTOPHER BOETTCHER, Appellant, v. BEST & Co., INC., Respondent.

*Negligence — master and servant — when master not liable for result of forbidden act of employee.*

Boettcher v. Best & Co., Inc., 203 App. Div. 574, affirmed.

(Argued October 15, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1922, reversing a judgment in favor of plaintiff entered upon a verdict and directing judgment in favor of defendant upon the merits in an action to recover for personal injuries alleged to have